Raymond and Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

---

| IN RE: | UNITED STATES BANKRUPTCY COURT |
|---|---|
|  | DISTRICT OF NEW JERSEY |
|  | CHAPTER 13 |
|  | CASE NO.: 15-31925 (VFP) |
| GERTRUDE TATUM, |  |
| DEBTOR(S). |  |

---

**CERTIFICATION OF DEBTOR'S COUNSEL
SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

HERBERT B. RAYMOND, Esquire, hereby certifies as follows:

1. I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

\_\_\_\_\_   Prosecution of motion on behalf of Debtor.    $500.00

         Nature of Motion:

         Hearing Date(s):

\_XXX\_   Defense of motion on behalf of debtor       $400.00
         (Including filing Objection to Creditor's
         or Trustee's Certification of Default).

         Nature of Motion: Trustee's Motion to Dismiss

         Hearing Date(s): Expected Appearance September 15, 2016

\_XXX\_   Additional court appearance(s).              $100.00
         (Not to exceed three).

         Purpose: 1. Trustee's Motion to Dismiss

                  2. Modified Plan Confirmation Hearing.

|  |  |  |
|---|---|---|
| | Hearing Date(s): 1. August 18, 2016 | |
| | 2. August 18, 2016 | |
| _XXX_ | Filing and appearance on a modified Chapter 13 Plan. | $300.00 |
| | Filed July 6, 2016.  Expected Hearing and Confirmation September 15, 2016 | |
| _____ | Preparation of Wage Order | $100.00 |
| _____ | Preparation and filing of Amendments to Schedules D, E, F or List of Creditors. | $100.00 |
| _____ | Preparation and filing of other amended schedules. | $100.00 |
| _____ | Preparation and filing of Application for Retention of Professional. | $200.00 |
| _____ | Preparation and filing of Notice of Sale or Settlement of Controversy. | $100.00 |

**NON-STANDARD FEES**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:

Describe non-standard expenses in detail:

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of: $0.00

   To date, I have received: $0.00

3. I seek compensation for services rendered in the amount of _$900.00__ payable:

   _XXX_ through the Chapter 13 plan as an administrative priority.

   _____ outside the plan.

4. _XXX_ This allowance will not impact on plan payments.

\_\_\_\_\_ This fee will impact on plan payments.

    Present plan:

    Proposed plan:

I certify that I have not filed any fee application within the last 120 days.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2016    /S/ HERBERT B. RAYMOND, ESQ.
                                                              _____

                                                          Signature of Applicant